UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

JUSTIN VALENCIA on behalf of himself
and all others similarly situated,,

Civil Action No:
1:24-cv-5628

Plaintiff,

-v.-

Falcetti Pianos, LLC

Defendants.

-------------------------------------------------------------x

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** February 26, 2025

| For Plaintiff Justin Valencia | For Defendant Facetti Pianos, LLC |
|---|---|
| *[signature]*<br>Rami Salim<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>rsalim@steinsakslegal.com | *[signature]*<br>Stephen James Barrett<br>Wilson Elser, Moskowitz Edelman & Dicker<br>150 East 42nd Street<br>New York, NY 10017<br>Ph: (212) 915-5479<br>stephen.barrett@wilsonelser.com |

|  |  |
|---|---|

## CERTIFICATE OF SERVICE

I certify that on February 26, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Rami Salim
Rami Salim
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

So ordered.
3/3/2025

_____
J. PAUL OETKEN
United States District Judge